UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   EDCV 18-2574 AB (PVC)                           Date:  August 19, 2020

Title   Lordell Jones v. Jeffrey Haga, et al.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:**  [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROVIDE A CURRENT ADDRESS

On December 11, 2018, Plaintiff, then a pretrial detainee at the West Valley Detention Center in Rancho Cucamonga, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.  (Dkt. No. 1).  On June 26, 2019, Plaintiff filed a notice of change of address informing the Court that he had been transferred, apparently following his conviction, to North Kern State Prison in Delano, California.  (Dkt. No. 14).  The operative First Amended Complaint followed on May 11, 2020.  ("FAC," Dkt. No. 29). In the FAC, Plaintiff contends that while he was a pretrial detainee at the West Valley Detention Center, he received inadequate medical care.  (*See generally id.* at 7-8).

On July 16, 2020, the Court issued a Notice of Discrepancy rejecting a document that Plaintiff had submitted to the Court because it was impermissibly presented as a letter to the judge. (Dkt. No. 34).  The Notice was sent to Petitioner at his address of record at: Lordell Jones, CDC BJ6234, North Kern State Prison, C-4-B - 165 Up, PO Box 5004, Delano, CA 93216.  However, the Notice was returned to the Court as undeliverable (unable to forward) on August 14, 2020 with a notation that Plaintiff had been paroled.  (Dkt. No. 35 at 1).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 18-2574 AB (PVC)                                    Date:  August 19, 2020

Title   Lordell Jones v. Jeffrey Haga, et al.

     Plaintiff is advised that pursuant to the Central District's Local Rule 41-6, he has an obligation to keep the Court informed of his current address of record or the Court may dismiss this action:

> A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any.  If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

C.D. Cal. L.R. 41-6.

     Plaintiff is therefore **ORDERED TO SHOW CAUSE** by **August 31, 2020** why this action should not be dismissed pursuant to Local Rule 41-6 for Plaintiff's failure to provide a current address.[1]  Plaintiff may satisfy this Order by filing a response with his current address.

     **Instead of filing a response to the instant Order, Plaintiff may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  A Notice of Dismissal form is attached for Plaintiff's convenience.**  However,

---

[1] Fifteen days after service of the Court's Notice of Discrepancy, which was mailed on July 16, 2020, was July 31, 2020.  Accordingly, the fifteen-day deadline set by the Local Rules for Plaintiff to provide an updated address has expired.  However, because Plaintiff is proceeding *pro se*, the Court *sua sponte* extends the deadline to August 31, 2020, to allow Plaintiff one more opportunity to comply with his obligation to keep the Court informed of his current address.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 18-2574 AB (PVC)                             Date:  August 19, 2020

Title   Lordell Jones v. Jeffrey Haga, et al.

**Plaintiff is advised that any dismissed claims may be later subject to the applicable statute of limitations.**

**Plaintiff is expressly cautioned that failure to timely file a response to this Order *will* result in a recommendation that this action be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his current address of record.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |