JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORDELL JONES, | Case No. EDCV 18-2574 AB (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JEFFREY HAGA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: November 16, 2020

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE